**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:19-CV-00092-CHL**

**VANESSA YORK, et al.,**                                                                                              **Plaintiffs,**

**v.**

**VELOX EXPRESS, INC.,**                                                                                              **Defendant.**

## JUDGMENT

On March 25, 2022 the Court conditionally approved the proposed settlement agreement pending the Court's receipt and review of a supplemental statement regarding the positions of the Opt-In Plaintiffs. (DN 66.) On March 30, 2022, Plaintiffs filed a supplemental statement, clarifying the language of the notice received by each of the Opt-In Plaintiffs. (DN 67, at PageID # 597.) In light of the supplement, and for the reasons set forth in the Court's March 25, 2022 order, the Court is satisfied that the proposed settlement agreement is fair, reasonable, and adequate. Therefore, in accordance with the Court's order entered March 30, 2022, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The conditionally certified FLSA collective action is now **FINALLY CERTIFIED** pursuant to 29 U.S.C. § 216(b) for purposes of settlement only.

2. The proposed settlement agreement filed in the record (DN 59-1) is **FINALLY APPROVED** and binding on all parties to it.

3. Plaintiffs shall be awarded $26,953 for their reasonable attorney fees and $489.05 for costs, which shall be paid by Defendant.

4. All claims in this action are **DISMISSED with prejudice**.

5. This is a **FINAL** judgment, there being no just reason for delay, and this matter is **STRICKEN** from the active docket of the Court.

March 31, 2022

cc: Counsel of record

*[Signature]*

Colin H Lindsay, Magistrate Judge
United States District Court